JAMES H. MACLAUCHLAN, Respondent, v. HENRY M. BEHRE and SURETY ENGINEERING Co., INC., Appellants.* — Judgment reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event, unless within five days after the entry of an order hereon and service of a copy by appellants on respondent, respondent stipulate that the verdict be reduced by the sum of $3,683.21 and interest, being $495.92, the amount of the Standard Oil claim, and $3,187.29, the amount of profit on the uncompleted part of the Rutherford job; and if such stipulation be filed, that the judgment be modified accordingly and as so modified affirmed, without costs. The jury evidently found for the plaintiff the entire amount of profits claimed, and deducted therefrom $5,000 for expenses in litigating in connection with the Rutherford job. The finding of the jury that plaintiff was a participant in the Standard Oil job is against the weight of the evidence. Plaintiff was not entitled to any profit on the amount of the Rutherford job to the extent that it remained incomplete. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Tompkins, J., concurs except as to the Standard Oil Company work, as to which he dissents.

JOSEPH MICHAEL, Respondent, v. CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, Appellants.— Judgment as amended by order dated March 4, 1932, and order denying motion for a new trial, reversed on the law and the facts and a new trial granted, with costs to appellants to abide the event. The court charged the jury that if there should be a finding for the plaintiff it should be for the full amount claimed. To this an exception was taken. While there was warrant in the testimony for finding that plaintiff had brought to defendant a lessee who was ready, able and willing to enter into a lease on defendant's terms, defendant gave testimony that the original agreement was that the plaintiff's brokerage was to be $5,000, and further testimony that, because the lessee was to be a newly-formed corporation and not the individuals with whom negotiations were had, it was agreed that the commission should be $2,500. The controversy as to the amount of the commission should have been submitted to the jury. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

URSULA A. MILLER, Respondent, v. GIMBEL BROS., INC., Appellant.† — Judgment affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Scudder and Davis, JJ., concur; Kapper, J., dissents and votes for reversal and a dismissal of the complaint upon the ground that no negligence was proved.

ORANGE COUNTY PLUMBING SUPPLY Co., INC., Appellant, v. SAMUEL MOLL, Respondent, and SONIA MOLL, Defendant.— Order denying plaintiff's motion to punish respondent for contempt affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HARRIS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Richmond, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.